UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KARL HEINZ-WRIGHT,

        Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------------X

ORDER
15-CV-3269 (RRM) (VMS)

ROSLYNN R. MAUSKOPF, United States District Judge.

      On September 10, 2015, plaintiff Karl Heinz-Wright requested a pre-motion conference seeking to amend his complaint. (Letter Requesting Pre-Mot. Conference (Doc. No. 11).) By Order entered October 30, 2015, this Court referred that request and any associated motion to the assigned Magistrate Judge, the Honorable Vera M. Scanlon. Judge Scanlon ordered full briefing on the issue. (*See* Mot. to Amend/Correct/Suppl. Pl.'s Compl. (Doc. No. 17); Def. Mot. in Opp. (Doc. No. 18); Pl. Suppl. Mot. (Doc. No. 25); Def. Reply in Opp. (Doc. No. 27).)

      On June 3, 2016, Judge Scanlon issued a Report and Recommendation (the "R&R") recommending that Heinz-Wright's motion be denied. Judge Scanlon reminded the parties that, pursuant to Rule 72(b), any objections to the R&R were due by June 20, 2016. No party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

      Accordingly, and for the reasons set forth by Magistrate Judge Scanlon in her thorough and well-reasoned R&R, i Heinz-Wright's motion to amend (Doc. Nos. 17, 25) is denied.

                SO ORDERED.

                *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       June 29, 2016            _____
                                            ROSLYNN R. MAUSKOPF
                                            United States District Judge